```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 37603
    ANTHONY GUTHERIDGE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9582

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/08/2004 and was confirmed 11/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC     PRIORITY         NOT FILED          .00           .00
AAA COLLECTIONS INC        UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED          1370.00          .00        137.00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED          .00           .00
CORTRUST BANK              UNSECURED           300.59          .00         30.06
CREDIT PROTECTION ASSOC    UNSECURED        NOT FILED          .00           .00
COMCAST CABLE              UNSECURED          1080.00          .00        108.00
FIRST NATL BANK OMAHA      UNSECURED        NOT FILED          .00           .00
FIRST NATL BANK OMAHA      UNSECURED              .00          .00           .00
ROUNDUP FUNDING LLC        UNSECURED           657.30          .00         65.73
GLOBAL PAYMENTS            UNSECURED            25.00          .00          2.50
ROUNDUP FUNDING LLC        UNSECURED         12590.46          .00       1259.05
MEDCLR                     UNSECURED        NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        NOT FILED          .00           .00
JUNEAU COUNTY JUSTICE CE   UNSECURED        NOT FILED          .00           .00
TATE & KIRLIN              NOTICE ONLY      NOT FILED          .00           .00
UNION CR NB                UNSECURED        NOT FILED          .00           .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT       194.00          .00        194.00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY       2,200.00                    2,200.00
TOM VAUGHN                 TRUSTEE                                         235.37
DEBTOR REFUND              REFUND                                          193.29

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              4,425.00

PRIORITY                                        194.00
SECURED                                            .00
UNSECURED                                      1,602.34
ADMINISTRATIVE                                 2,200.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 37603 ANTHONY GUTHERIDGE

```
TRUSTEE COMPENSATION                                              235.37
DEBTOR REFUND                                                     193.29
                                       ----------------   ----------------
TOTALS                                         4,425.00           4,425.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                       /s/ Tom Vaughn
   Dated: 06/26/08                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```